# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

149517

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re:

ANONYMOUS JUDGE,

SC: 149517
JTC: RFI No. 2013-20572

_____/

On order of the Court, the supplemental petition for interim suspension is considered, and it is DISMISSED as moot.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015

Clerk

a0624